1  Lori J. Costanzo, Bar No. 142633
   lori@costanzo-law.com
2  Frank Zeccola, Bar No. 308875
   Frank.zeccola@costanzo-law.com
3  COSTANZO LAW FIRM, APC
   111 W. St. John Street, Ste. 700
4  San Jose, CA 95113
   Telephone:  408.993.8493
5  Fax No.:  408.9938496

6  Attorneys for Plaintiff
   LUIS RASCON
7
   Robert J. Wilger, Bar No. 168402
8  rwilger@littler.com
   LITTLER MENDELSON, P.C.
9  50 W. San Fernando
   7th Floor
10 San Jose, California 95113.2431
   Telephone: 408.998.4150
11
   Julie R. Campos, Bar No. 314063
12 jcampos@littler.com
   LITTLER MENDELSON, P.C.
13 5200 North Palm Ave, Suite 302
   Fresno, CA 93704
14 Telephone:  559.244.7500
   Fax No.:      559.244.7525
15 Attorneys for Defendants
   ALTRA INDUSTRIAL MOTION CORP., AND
16 THOMSON LINEAR, LLC, ERRONEOUSLY
   SUED AS "ALTRA INDUSTRIAL MOTION
17 CORP. DBA THOMSON LINEAR, LLC"

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RASCON, | Case No. 3:23-cv-02957-RS ORDER |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL** |
| v. | |
| ALTRA INDUSTRIAL MOTION CORP. dba THOMSON LINEAR, LLC, a California corporation; and DOES 1-25, inclusive, | Complaint Filed:       April 14, 2023 |
| Defendant. | |

STIPULATION AND ORDER FOR DISMISSAL

# **STIPULATION**

NOW COMES Plaintiff, Luis Rascon ("Plaintiff"), by and through his attorney, and Defendants, Altra Industrial Motion Corp and Thomson Linear, LLC (collectively, "Defendants"), erroneously sued as "ALTRA INDUSTRIAL MOTION CORP. dba THOMSON LINEAR, LLC", by and through their attorney, and as all matters in dispute between the parties to the above-captioned cause having been satisfactorily compromised and settled:

It is STIPULATED AND AGREED by and between the parties that the cause be dismissed, with prejudice, with each party to bear its own costs and expenses;

IT IS FURTHER STIPULATED AND AGREED by and between the parties that an Order pursuant to the forgoing may be entered of record without further notice to either party, on presentation of this Stipulation for dismissal; and

The parties request that the court enter an Order of Dismissal, dismissing the Complaint of Plaintiff, with prejudice.

Dated:      August 30, 2024

                                                     COSTANZO LAW FIRM, APC

                                                     *[signature: L.J. Costanzo]*
                                                     Lori J. Costanzo
                                                     Frank Zeccola

                                                     Attorneys for Plaintiff
                                                     LUIS RASCON

| | |
|---|---|
| 1 | Dated:         August 30, 2024 |
| 2 | |

                                                LITTLER MENDELSON, P.C.

*/s/ Julie R. Campos*
Robert J. Wilger
Julie R. Campos

Attorneys for Defendants
ALTRA INDUSTRIAL MOTION CORP.
and THOMSON LINEAR, LLC, erroneously
sued as "ALTRA INDUSTRIAL MOTION
CORP. dba THOMSON LINEAR, LLC

STIPULATION AND ORDER FOR DISMISSAL

**ORDER**

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. This Court GRANTS the parties' request for dismissal.

**IT IS SO ORDERED.**

Dated: 9/3/2024

_____
Hon.
U.S. District Court Judge

STIPULATION AND ORDER FOR DISMISSAL